UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JOE N. POWELL,**

   Plaintiff,

v.                                                    **No. 4:23-cv-0247-P**

**LEAR CORPORATION,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order (ECF No. 21) entered on October 24, 2023, it is **ORDERED** that this case is **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **24th day of October 2023**.

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE